No. 161. ANN S. O'DONNELL *v.* NED T. POWELL, AS TREASURER, ETC., ET AL. Appeal from the Circuit Court of Appeals for the Ninth Circuit. Argued February 21, 1924. Decided February 25, 1924. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Miller* v. *Cornwall R. R. Co.,* 168 U. S. 131, 134; *New York Central R. R. Co.* v. *New York,* 186 U. S. 269, 273; *Thomas* v. *Iowa,* 209 U. S. 258, 263; *Consolidated Turn-*

*pike Co.* v. *Norfolk, etc., Ry. Co.,* 228 U. S. 326, 331. *Mr. Delphin M. Delmas* for appellant. *Mr. Jess E. Stephens* and *Mr. Lucius P. Green* appeared for appellees.